**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      G. Wesley Urquhart, Mary Elizabeth Urquhart, G. Wesley Urquhart, P.C., and Carolyn Calkins James v. Richard Stephen Calkins, Individually and as Agent- In-Fact, for Mary Olive Calkins, and Michael Easton

Appellate case number:      01-13-00118-CV

Trial court case number:      2011-21236

Trial court:      125th District Court of Harris County

Appellants have filed a Motion to Stay Trial Court Proceedings, asking that we stay all trial court proceedings pending the resolution of this interlocutory appeal. Appellees have filed a response. After reviewing the motion and response, we conclude that temporary relief is warranted in this case. Accordingly, we grant the motion to the following extent: the trial setting is STAYED pending further order of this Court. *See* TEX. R. APP. P. 29.3.

Further, we set the cause for submission on June 3, 2014 before a panel consisting of Justice Keyes, Justice Sharp, and Justice Huddle, subject to change by the Court. The Court will not hear oral argument.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle

     ☑ Acting individually     ☐ Acting for the Court

Date: April 17, 2014